# Third District Court of Appeal
## State of Florida

Opinion filed February 24, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-336
Lower Tribunal No. 91-19322
_____

**Derrick Emile Lewis,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Marisa Tinkler Mendez, Judge.

Derrick Emile Lewis, in proper person.

Ashley Moody, Attorney General, for appellee.

Before FERNANDEZ, LOGUE, and GORDO, JJ.

PER CURIAM.

Affirmed.